[No. 34513-1-III. Division Three. July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SILVER GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 15-1-00476-2, John D. Knodell III, J., entered February 8, 2016. *Affirmed in part* and *remanded* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 34527-1-III. Division Three. July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN WAYNE CROSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-03848-7, John O. Cooney, J., entered June 2, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 34975-6-III. Division Three. July 11, 2017.]

*In the Matter of the Parentage and Support of* N.R.M.

KAYLA VALLEE, *Respondent*, v. DUANE MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-3-01760-7, Bryan E. Chushcoff, J., entered February 22, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.